DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

J.M.M.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0721

————————————————

February 25, 2026

Appeal from the Circuit Court for Manatee County; Susan B. Maulucci, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.